CENTER FOR DISABILITY ACCESS
Isabel Rose Masanque., SBN 292673
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
isabelm@potterhandy.com

Attorneys for Plaintiff

Myra B. Villamor (SBN 232912)
mvillamor@seyfarth.com
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Telephone: Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorney for Defendant
RLJ HGN Emeryville, LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, <br><br> Plaintiff, <br><br> v. <br><br> **RLJ HGN Emeryville, LP;** Delaware Limited Partnership <br><br> Defendants | Case No.: 4:21-cv-00006-KAW <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the

1  parties hereto that Plaintiff's remaining claim under the Americans With Disabilities Act
2  may be dismissed with prejudice as to all parties; each party to bear his/her/its own
3  attorneys' fees and costs. This stipulation is made as the matter has been resolved to the
4  satisfaction of all parties.

Dated: 12/28/2022                           CENTER FOR DISABILITY ACCESS

                                            By: /s/ Isabel Rose Masanque
                                            Isabel Rose Masanque
                                            Attorneys for Plaintiff

Dated: 12/28/2022                           SEYFARTH SHAW LLP

                                            By: /s/ Myra B. Villamor
                                            Myra B Villamor

                                            Attorney for Defendant
                                            RLJ HGN Emeryville, LP

1
2
3
4
## SIGNATURE CERTIFICATION
5
6  I hereby certify that the content of this document is acceptable to Myra B Villamor,
7  counsel for RLJ HGN Emeryville, LP, respectively, and that I have obtained Attorney
8  Villamor's authorization to affix their electronic signature to this document.
9
10  Dated: 12/28/2022                       CENTER FOR DISABILITY ACCESS
11
                                           By:/s/ Isabel Rose Masanque
12                                         Isabel Rose Masanque
                                           Attorneys for Plaintiff
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27